AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| Curtis Justin Bearden<br>*Plaintiff*<br>v.<br>Oconee County Detention Center Staff, Jeremy Chapman,<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Civil Action No.    2:21-cv-01144-HMH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Curtis Justin Bearden, shall take nothing of Defendants, Oconee County Detention Center Staff,
Jeremy Chapman, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M Herlong, Jr, United States District Judge, presiding.  The Court having adopted
the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:   November 18, 2021                    *ROBIN L. BLUME, CLERK OF COURT*

                                             s/H.Cornwell
                                             _____
                                             *Signature of Clerk or Deputy Clerk*